ACCEPTED
12-15-00017-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/3/2015 3:43:42 PM
Pam Estes
CLERK

## NO. 12-15-00017-CR

**IN THE**

**TWELFTH COURT OF APPEALS**

**TYLER, TEXAS**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/3/2015 3:43:42 PM
PAM ESTES
Clerk

**ARTHUR JAMES, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**STATE'S MOTION TO
EXTEND TIME FOR FILING STATE'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW,** the State of Texas by and through her Assistant Criminal District Attorney, Eric S.A. Houghton, and hereby requests an extension of the time period for the filing of the State's Brief and in support of same would show the court as follows:

1.  Appellant's brief was filed with this honorable Court on October 5, 2015.

2.  The State's Brief is due on or before November 4, 2015.

3.  This is the State's first request for an extension.

4.  This assistant district attorney is preparing for a Child Protective Services parental termination bench trial the week of November 2, 2015, as well as an additional two Child Protective Services parental termination bench trials the following week on November 9, 2015, and November 10, 2015, respectively.

5. Due to the above circumstances, the undersigned will not be able to complete the State's brief by the current due date. The undersigned is not seeking this extension for the purposes of delay.

WHEREFORE, for the foregoing reasons, the State respectfully prays that this Honorable Court extend the time for filing the State's brief in this cause for 30 days making the due date approximately December 4, 2015.

Respectfully submitted by,

ERIC S.A. HOUGHTON,
ASST. CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#240128555

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Extend Time for filing State's

Brief has been sent to Colin McFall, this the 3rd day of November, 2015.

**ERIC S.A. HOUGHTON,**
**ASSISTANT DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24012855**

**THE STATE OF TEXAS** §

§

**COUNTY OF ANDERSON** §

## <u>AFFIDAVIT</u>

Before me the undersigned authority, on this day personally appeared **ERIC S.A. HOUGHTON** who states on oath that the facts contained in the State's Motion for Extension of Time to File Brief in <u>Arthur James Williams vs. The State of Texas</u>, (Trial Court Cause No. 31,592 in the Third Judicial District Court of Anderson County), Case No. **12-15-00017-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**ERIC S.A. HOUGHTON, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795**

Given under my hand and seal of office this the 3rd day of November, 2015.

NOTARY PUBLIC
FOR THE STATE OF TEXAS
COUNTY OF ANDERSON

MY COMMISSION EXPIRES: _____



TINA TEETZ
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 9-27-16